# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Bashira K. Stewart, | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner Social Security Administration, | ) |
| *Defendant* | ) |

Civil Action No.  6:17-cv-02580-MBS-KFM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is reversed and the action is remanded for further administrative action.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour.


Date:   June 20, 2018                              *ROBIN L. BLUME, CLERK OF COURT*


                                                   s/Ashley Buckingham, Deputy Clerk
                                                   *Signature of Clerk or Deputy Clerk*